FILED: November 8, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-2147
(1:22-cv-00696-LMB-WEF)

_____

MARTIN AKERMAN

   Plaintiff - Appellant

v.

LLOYD J. AUSTIN, III, Secretary of Department of Defense; CHRISTINE E. WORMUTH, Secretary of the Army; FRANK KENDALL, Secretary of the Air Force; GENERAL DANIEL R. HOKANSON, Chief, National Guard Bureau; DEPARTMENT OF DEFENSE; DEPARTMENT OF THE ARMY; DEPARTMENT OF THE AIR FORCE; DEFENSE COUNTERINTELLIGENCE AND SECURITY AGENCY

   Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:22-cv-00696-LMB-WEF |
| Date notice of appeal filed in originating court: | 11/04/2022<br>11/07/2022 |
| Appellant(s) | Martin Akerman |
| Appellate Case Number | 22-2147 |
| Case Manager | Cathy Poulsen<br>804-916-2702 |